**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **T-NETIX, INC.,** § | |
| § | |
| *Plaintiff/Counter-Defendant* § | |
| § | |
| **v.** § | **Cause No. 3:09-CV-743-CRS-DW** |
| § | |
| **COMBINED PUBLIC** § | |
| **COMMUNICATIONS, INC.,** § | |
| § | |
| *Defendant/Counter-Plaintiff/Third-* § | |
| *Party Plaintiff* § | |
| § | |
| **v.** § | |
| § | |
| **SECURUS TECHNOLOGIES, INC.** § | |
| **(n/k/a Securus Technologies Holdings,** § | |
| **Inc.), EVERCOM SYSTEMS, INC.,** § | |
| **(n/k/a Securus Technologies, Inc.), and** § | |
| **LATTICE INCORPORATED (f/k/a** § | |
| **Science Dynamics Corporation),** § | |
| § | |
| *Third-Party Defendants* § | |

<u>**ORDER OF DISMISSAL**</u>

The Plaintiff and Counter-Defendant, T-Netix, Inc. ("T-Netix"), the Defendant/Counter-Plaintiff and Third-Party Plaintiff, Combined Public Communications, Inc. ("CPC"), and the Third-Party Defendants, Securus Technologies, Inc. and Evercom Systems, Inc. ("Securus Parties"), by counsel, and having filed a Stipulation of Dismissal as to all claims pending between them, and having previously entered into their Confidential Settlement Agreement providing for the dismissal of all claims made against and between T-Netix, CPC and the Securus Parties;

IT IS HEREBY ORDERED that the Complaint, Counterclaim and those portions of the Third-Party Complaint which specifically relate to Securus Technologies, Inc. and Evercom

Systems, Inc., filed herein, are hereby dismissed with prejudice, all parties to bear their own costs and fees. Nothing in this Order shall dismiss or prejudice those portions of CPC's Third-Party Complaint which relate strictly to Lattice Incorporated.

April 1, 2013

**Charles R. Simpson III, Senior Judge**
**United States District Court**