**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **COMBINED PUBLIC** | § | |
| **COMMUNICATIONS, INC.,** | § | |
| | § | |
| *Third-Party Plaintiff* | § | |
| | § | |
| **v.** | § | **Cause No. 3:09-CV-743-S** |
| | § | |
| **LATTICE INCORPORATED (f/k/a** | § | |
| **Science Dynamics Corporation),** | § | |
| | § | |
| *Third-Party Defendant* | § | |
| | § | |

<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

Having found that Third-Party Plaintiff Combined Public Communications, Inc. ("CPC") and Third-Party Defendant Lattice Incorporated (f/k/a Science Dynamics Corporation) ("Lattice"), by counsel, have filed a Stipulation of Dismissal With Prejudice as to all claims pending by and between them;

**IT IS HEREBY ORDERED** that CPC's Third-Party Complaint against Lattice, together with all claims, counterclaims, and third-party claims or counterclaims that were, or could have been, asserted by and between CPC and Lattice in this action be, and the same hereby are, dismissed with prejudice, with all parties to bear their own costs and fees.

December 10, 2013

**Charles R. Simpson III, Senior Judge**
**United States District Court**